IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-CR-65 |
| MARVIN REYES VENTURA, | <u>Counts One and Two</u>: Forcible Assault, Resist, Oppose, Impede, Intimidate, and Interfere with Certain Federal Officers or Employees Inflicting Bodily Injury (18 U.S.C. § 111(a)(1) and (b)) |
| Defendant. | |

**INDICTMENT**

<u>March 2026 Term – at Alexandria, Virginia</u>

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*(Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with
Certain Officers or Employees Resulting in Bodily Injury)*

On or about March 24, 2026, in or around Manassas, Virginia, in the Eastern District of Virginia, the defendant, MARVIN REYES VENTURA, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States Government (including any member of the uniformed services), as designated in 18 U.S.C. § 1114, to wit: Victim-1, a federal officer from the United States Immigration and Customs Enforcement, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section inflicted bodily injury on Victim-1.

(In violation of Title 18, United States Code, Section 111(a)(1) and (b)).

## COUNT TWO
*(Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with
Certain Officers or Employees Resulting in Bodily Injury)*

On or about March 24, 2026, in or around Manassas, Virginia, in the Eastern District of

Virginia, the defendant, MARVIN REYES VENTURA, did forcibly assault, resist, oppose,

impede, intimidate, and interfere with an officer and employee of the United States Government

(including any member of the uniformed services), as designated in 18 U.S.C. § 1114, to wit:

Victim-2, a federal officer from the United States Immigration and Customs Enforcement, while

such person was engaged in and on account of the performance of official duties, and where the

acts in violation of this section inflicted bodily injury on Victim-2.

(In violation of Title 18, United States Code, Section 111(a)(1) and (b)).

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Todd Blanche
Deputy Attorney General

Amber N. Rieff
Assistant United States Attorney
April N. Russo
Assistant United States Attorney